| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 13 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: ANTOINE DOUGLASS JOHNSON, M.D.

_____

ANTOINE DOUGLASS JOHNSON, M.D.,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO,

        Respondent,

J. SALAZAR,

        Real Party in Interest.

No. 20-70508

D.C. No. 2:18-cv-00988-MCE-AC
Eastern District of California, Sacramento

ORDER

Petitioner's motion to voluntarily withdraw this mandamus petition (Docket Entry No. 3) is granted. *See* Fed. R. App. P. 42(b).

All other pending motions are denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jennifer Nutt
Deputy Clerk
Ninth Circuit Rule 27-7