UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON, | No. 2:18-cv-00988 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| J. SALAZAR, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se and in forma pauperis, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF Nos. 1, 2. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 25, 2020, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. See ECF No. 22. In response, petitioner has filed objections as well as what he has entitled a "motion for amended or additional findings." ECF Nos. 23, 24.

The Court construes the motion for amended or additional findings as part of petitioner's objections to the findings and recommendations. In petitioner's objections, he makes substantive arguments with respect to what he calls "the law of the case," and argues that given its content, it

1

was an abuse of discretion for the magistrate judge assigned to this action not to grant petitioner leave to amend. See generally ECF No. 23.

In the motion for amended or additional findings, petitioner asks the court to identify which of the three trial court publications that are in the record contains the controlling meaning of "holds itself out." See id. Petitioner asks that the Court make this an additional finding of fact, and asserts that doing so is necessary "to correct manifest errors or prevent manifest injustice where this Court disregards the law of the case concerning the controlling meaning of 'holds itself out'." See id. (citations omitted).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, for the reasons stated below, the Court finds the findings and recommendations of the magistrate judge assigned to this action to be supported by the record and by proper analysis.

As stated in the magistrate judge's findings and recommendations, this Court lacks subject matter jurisdiction over this matter. See ECF No. 22 at 2-3, 5. Specifically, petitioner has not been granted leave by the Ninth Circuit Court of Appeals to file a second or successive Section 2255 motion, which is effectively what this action is. As a result, this Court is precluded from reviewing substantive law in petitioner's case and from making a determination regarding the controlling meaning of the term "holds itself out." Instead, it must dismiss this matter. See Fed. R. Civ. P. 12(h)(3) (stating if court determines it lacks subject matter jurisdiction, it must dismiss action).

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued February 25, 2020 (ECF No. 22), are ADOPTED in full;

2. Petitioner's motion for amended or additional findings, filed March 4, 2020 (ECF No. 24), is DENIED for lack of jurisdiction;

////

////

////

3. This petition is DISMISSED without prejudice;

4. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 16, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE