UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DOUGLASS JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>J. SALAZAR,<br><br>Respondent. | No. 2:18-cv-0988 MCE AC P<br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, seeks habeas relief pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2020, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 38.  Petitioner has filed objections to the findings and recommendations.  ECF No. 39.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 27, 2020, are ADOPTED in full;

2. Petitioner's motion to alter or amend judgment, docketed March 23, 2020 (ECF No. 32), is DENIED;

3. Petitioner's motion for amended or additional findings, docketed March 25, 2020 (ECF No. 37), is DENIED, and

4. The court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Dated:  May 12, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE